1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHAEL C. DAVIS,                          Case No.  16-cv-02212-JD

8                 Plaintiff,
                                                **ORDER ADOPTING REPORT**
9           v.                                  **AND RECOMMENDATION**

10   METRO PCS, et al.,                         Re: Dkt. No. 8

11                Defendants.

12          The Court has reviewed Magistrate Judge Jacqueline Scott Corley's report and

13   recommendation, recommending that the Court dismiss the action under 28 U.S.C. § 1915 with

14   leave to amend.  Dkt. No. 8.  No objections have been filed in response to the report, and the time

15   to file objections has expired.  *See* Fed. R. Civ. P. 72.

16          The Court has carefully reviewed Magistrate Judge Corley's report and finds it to be

17   thorough and well-reasoned.  The Court consequently adopts the report and recommendation in

18   full.  For the reasons stated in the report and recommendation, the Court dismisses plaintiff's

19   complaint (Dkt. No. 1) pursuant to 28 U.S.C. § 1915(e) for failure to allege facts necessary to

20   establish federal subject matter jurisdiction.

21          Plaintiff may file an amended complaint by **July 8, 2016** that clarifies the basis for the

22   Court's subject matter jurisdiction.  Plaintiff is advised that this case will be dismissed if no

23   amended complaint is filed by that date.

24          **IT IS SO ORDERED.**

25   Dated:  June 16, 2016

26

27                                              _____
                                                JAMES DONATO
28                                              United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL C. DAVIS,

        Plaintiff,

   v.

METRO PCS, et al.,

        Defendants.

Case No.  16-cv-02212-JD

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on June 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael C. Davis
1328 Park Street, Apt 26
Alameda, CA 94501

Dated: June 16, 2016

Susan Y. Soong
Clerk, United States District Court

By: _Lisa R. Clark_
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

United States District Court
Northern District of California