UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL C. DAVIS,

    Plaintiff,

    v.

METRO PCS, et al.,

    Defendants.

Case No. 16-cv-02212-JD

**ORDER DISMISSING CASE**

    The Court previously dismissed plaintiff's complaint, and ordered him to file by July 8, 2016, an amended complaint that clarifies the basis for the Court's subject matter jurisdiction over this case. Dkt. No. 10. Plaintiff did not file an amended complaint, but instead filed a series of e-mails that had been printed out. Dkt. Nos. 11-13.

    Even construing the pro se plaintiff's filings liberally, there is nothing in the filings that establishes federal subject matter jurisdiction. Plaintiff still has not identified any federal question, nor has he satisfied the bases for diversity jurisdiction. *See* Dkt. No. 11 at 1 (continuing to demand only $35,000).

    The Court consequently dismisses this case and orders it closed. The dismissal is without prejudice. *See In re Hall, Bayoutree Assocs., Ltd.*, 939 F.2d 802, 804 (9th Cir.1991).

    **IT IS SO ORDERED.**

Dated: July 27, 2016

JAMES DONATO
United States District Judge